# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　　　)<br>　　　　　　Plaintiff/Garnishor, )<br>vs. 　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>RALPH BIRDSHEAD, JR., 　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>　　　　　　Defendant, 　　　　　　　　)<br>and 　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>CHEYENNE-ARAPAHO TRIBE, and 　)<br>its successors or assigns, 　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>　　　　　　Garnishee. 　　　　　　　　) | NO.  M-03-277-RO |

## ORDER

The United States of America caused a writ of garnishment to be issued to Cheyenne-Arapaho Tribe, on July 23, 2008, [Doc. #45]. On July 31, garnishee filed an answer [Doc. #48]. A review of the court record demonstrates that no objection or request for a hearing has been filed by defendant, nor was any objection filed to Magistrate Judge Roberts' recommendation that a garnishment order be entered.

Garnishee is ordered to disburse all non-exempt monies and property of defendant withheld since the date of service of the writ and make all future payments and monies withheld under the continuing writ payable to the U.S. District Court Clerk, U.S. Courthouse, 200 NW 4th Street, Ste. 1210, Oklahoma City, Oklahoma 73102.

If in response to the writ, garnishee has submitted payments to the court's registry deposit fund, the court hereby directs the Court Clerk to disburse any and all funds paid into

the court's registry by garnishee to the United States.

**IT IS SO ORDERED**.

Dated this 13th day of November, 2008.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE